**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN<br><br>  Plaintiff(s),<br><br>v.<br><br>WORLD OIL MARKETING COMPANY , et al.<br><br><br>  Defendant(s). | CASE NO:<br>2:21−cv−00915−FMO−AGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: May 24, 2021         /s/ *Fernando M. Olguin*
                            Fernando M. Olguin
                            United States District Judge